**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03010-REB-CBS

THOMMEN MEDICAL USA, LLC,

    Plaintiff,

v.

JOSHUA TANNER,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Motion For Summary Judgment [Docket No. 34] of Judge Robert E. Blackburn entered on February 1, 2013 it is

    **ORDERED** that the Defendant's Motion for Summary Judgment [Docket No. 21] filed September 28, 2012, is **GRANTED**.  It is

    **FURTHER ORDERED** that judgment shall enter in favor of the defendant, Joshua Tanner and against the plaintiff, Thommen Medical USA, LLC, on each of the claims asserted by the plaintiff in its complaint.  It is

    **FURTHER ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 26th day of April, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk