**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03010-REB-CBS

THOMMEN MEDICAL USA, LLC,

    Plaintiff,

v.

JOSHUA TANNER,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the **Plaintiff Thommen Medical USA LLC's Unopposed Motion for Leave to File Memorancum** [sic] ***Contra* to Defendant's Renewed Motion for Sanctions in Excess of Page Limitations** [#51] filed September 24, 2013. The motion is **GRANTED**. The plaintiff's response shall not exceed 20 pages.

Dated: September 25, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.